*Ralls & Reidy, P.C.*
*314 South Sixth Avenue*
*Tucson, Arizona 85701*
*Telephone: (520) 884-1234*
*Facsimile: (520) 884-9687*
*E-mail: steve@rallslawoffice.com*

Attorneys for Defendant Monreal Rodriguez
By:  Stephen G. Ralls, Arizona Bar #007772

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** | ) |
| | ) CR-18-1905-TUC-JAS(JR) |
| Plaintiff, | ) |
| | ) **MOTION TO MODIFY** |
| v. | ) **CONDITIONS OF RELEASE** |
| | ) |
| **Ramon Monreal-Rodriguez,** | ) |
| | ) |
| Defendant. | ) Second Request |
| | ) |

Defendant Ramon Monreal-Rodriguez, through undersigned counsel, requests that this Court modify his existing conditions of pretrial release to allow him to travel outside of Pima County for work purposes.  He is now employed by Eagle Rock Construction and will be required to travel to Benson, which is Cochise County, starting Monday, January 21, 2019.  Eagle Rock Construction also has jobs in the Pinal County area, as well, which Mr. Monreal is likely going to be assigned to.  If needed, his Eagle Rock Construction supervisor, Fernando Cardenas, can be reached at 520-331-9232.

Pretrial Services Officer Suzette Madril and Assistant United States Attorney Angela Woolridge have been contacted and expressed no objection to the requested

changes.

    RESPECTFULLY SUBMITTED this __18th__ day of January, 2019.

                                       s/Stephen G. Ralls
                                       STEPHEN G. RALLS
                                       Attorney for Monreal-Rodriguez

Certificate of Service

I hereby certify that on January 18, 2019 I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

angela.woolridge@usdoj.gov

Client

By:__RL__
5667\Motion to Modify Conditions